[No. 16526–7–I. Division One. September 29, 1986.]

JAMES REITAN, *Respondent,* v. LOVSTED MANUFACTURING, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–03778–2, Frank H. Roberts, Jr., J., entered May 16, 1985. *Affirmed* by unpublished opinion per Dore, J. Pro Tem., concurred in by Holte and Murphy, JJ. Pro Tem.

[No. 16168–7–I. Division One. September 29, 1986.]

WILLIAM B. CAMPBELL, *Appellant,* v. SNOHOMISH COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–01213–5, Gerald L. Knight, J., entered February 13, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Cole and Schultheis, JJ. Pro Tem.

[No. 18742–2–I. Division One. September 29, 1986.]

W.W.D.T. ENTERPRISES, ET AL, *Respondents,* v. INTERNATIONAL INSURANCE COMPANY, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–17642–3, Nancy A. Holman, J., entered June 30, 1986. *Reversed* by unpublished per curiam opinion.